UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

CASE NO.

GWENDOLYN DELGADO,

    Plaintiff,

vs.

SCOTTSDALE INSURANCE COMPANY,

    Defendants.
_____/

### NOTICE OF REMOVAL

Defendant, SCOTTSDALE INSURANCE COMPANY ("SCOTTSDALE"), an Arizona corporation doing business in the State of Florida, hereby files its notice of the removal of a certain cause of action now pending in the Circuit Court of the Nineteenth Judicial Circuit in and for St. Lucie County, Florida, being style Gwendolyn Delgado v. Calvin C. Richardson d/b/a United Insurance Agency, and Scottsdale Insurance Company, Case No. 56-2005-CA-000398-BC, stating as follows:

    1.    SCOTTSDALE is an Arizona corporation doing business in the State of Florida, and SCOTTSDALE is the sole remaining Defendant in the above-styled cause.

    2.    This action was commenced in the Circuit Court of the Nineteenth Judicial Circuit in and for St. Lucie County, Florida, and service of process was effected on SCOTTSDALE on or about November 13, 2008.

3. On June 19, 2010, Plaintiff, GWENDOLYN DELGADO ("DELGADO") filed a Notice of Dismissal as to Defendant, CALVIN RICHARDSON d/b/a UNITED INSURANCE AGENCY (Copy attached as Exhibit A).

4. This is a civil action brought by DELGADO, citizen and resident of St. Lucie County, Florida, seeking to recover damages in excess of $212,000.00, per Plaintiff's answer to Interrogatory No. 11 (Copy attached as Exhibit B), plus interest, costs, and attorney's fees, under a contract for insurance issued by SCOTTSDALE to DELGADO. According to the Complaint, DELGADO seeks property damage, presumably up to the combined property damage limits of $162,000.00 which would exceed $75,000.00.

5. At the time when the suit was instituted and at all times material to this action, DELGADO was a resident of Florida, with certain real property located at 3207 Avenue D, Ft. Pierce, St. Lucie County, Florida. At the time when this action was commenced and at the present time and at all times material to this action, SCOTTSDALE was and is a corporation organized and existing under the laws of the State of Arizona and having its principal place of business in Arizona. Complete diversity exists between the parties in accordance with 28 U.S.C. §1332.

6. The matter in controversy herein exceeds the sum of $75,000.00, exclusive of interest and costs. This fact is demonstrated by the extent of damage claimed by DELGADO in her answers to interrogatories and her demand for losses sustained as a result of the collapse.

7. Copies of all process, pleadings and orders served upon SCOTTSDALE and such other papers or exhibits as are required by Local Rules of Court, are filed herein, with the exception of discovery served with the Complaint.

WHEREFORE, Defendant, SCOTTSDALE prays that this Honorable Court exercise jurisdiction over this matter.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing has been furnished via regular U.S. Mail delivery on the 29 day of June, 2010 to Edrick E. Barnes, Esquire, Liggio, Benrubi & Williams, P.A., 1615 Forum Place, Suite 3-B, Barristers Building, West Palm Beach, Florida 33401.

_____
Lisa M. Bernardini, Esquire
Florida Bar No. 0813052
**The Rock Law Group, P.A.**
1760 Fennell Street
Maitland, FL 32751
Telephone: (407) 647-9881
Telecopier: (407) 647-9966
Email: lbernardini@rocklawpa.com
Attorneys for Defendant,
Scottsdale Insurance Company

LMB/rmv